IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| **GENARO ESPARZA AND** | § | |
| **SAN JUANITA ESPARZA** | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | CIVIL ACTION NO. 5:15-CV-00109 |
| *v.* | § | |
| | § | |
| **STATE FARM LLOYDS AND** | § | |
| **JAY OSPINA,** | § | |
| | § | |
| *Defendant.* | | |

### NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

The Plaintiffs herein would advise the Court that the parties have reached a settlement, and therefore, request that all deadlines be suspended pending documentation of settlement.

                Respectfully submitted,

                PHIPPS, LLP
                THE PHIPPS
                102 Ninth Street
                San Antonio, Texas 78215
                Telephone:  (210) 340-9877
                Telecopier: (210) 340-9899
                Email: bfisher@phippsllp.com

                By:   */s/ Martin J. Phipps*
                      MARTIN J. PHIPPS
                      State Bar No. 00791444
                      Federal Bar No. 30104
                      BLAYNE FISHER
                      State Bar No. 24090099

                **ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

      I, the undersigned, hereby certify that a true and correct copy of the foregoing Notice of Settlement has been sent via electronic messaging, to the Attorney for Defendant, as follows:

***V**IA **E**LECTRONIC **M**ESSAGING:* dkw@atlashall.com
ATLAS & HALL, L.L.P.
Dan K. Worthington
Sofia A. Ramon
Charles W. Downing
818 Pecan Blvd. (Zip: 78501)
P.O. Box 3725
McAllen, Texas 78502

                                */s/ Martin J. Phipps*
                                MARTIN J. PHIPPS