IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| GENARO ESPARZA AND<br>SAN JUANITA ESPARZA,<br>*Plaintiffs*, | §<br>§<br>§<br>§ | |
| VS. | §<br>§ | Civil Action No. __5:15-cv-00109__ |
| STATE FARM LLOYDS AND<br>JAY OSPINA,<br>*Defendants*. | §<br>§<br>§<br>§<br>§ | |

---

## STIPULATION OF DISMISSAL

---

**GENARO ESPARZA, SAN JUANITA ESPARZA, STATE FARM LLOYDS, AND JAY OSPINA** Plaintiffs and Defendants in the above-entitled and numbered action, file this *Stipulation of Dismissal* under Federal Rule of Civil Procedure 41(a)(1)(ii).

1.    Genaro Esparza and San Juanita Esparza are Plaintiffs, and State Farm Lloyds and Jay Ospina are Defendants.

2.    Genaro Esparza, San Juanita Esparza, State Farm Lloyds and Jay Ospina move to dismiss all claims in this suit.

3.    All parties agree to the dismissal.

4.    This case is not a class action.

5.    A receiver has not been appointed in this action.

6.    This case is not governed by any federal statute that requires an order of the Court for dismissal of the case.

7.    Neither party has previously dismissed any federal or state court action based on or

including the same claims as those presented in this suit.

8.      This dismissal is with prejudice to re-filing.

Respectfully submitted,

_____/s/ Charles W. Downing_____
Charles W. Downing
TSBN 24069631/SDOTBN 1048595
818 Pecan Blvd. (78501)
P.O. Box 3725
McAllen, Texas 78502-3725
956-682-5501 – Phone
956-686-6109 – Fax
**Attorney in Charge for Defendants**

Of Counsel:
Dan K. Worthington
TSBN 00785282 / SDOTBN 15353
Sofia A. Ramon
TSBN 00784811/SDOTBN 20871
Atlas, Hall & Rodriguez, LLP
818 W. Pecan Blvd. (78501)
P.O. Box 3275
McAllen, Texas 78502
Tel:    (956) 682-5501
Fax:    (956) 686-6109

By: /s/ Martin J Phipps_____
Martin J. Phipps
State Bar No. 00791444/SDOTBN
102 9th Street
San Antonio, Texas 78215
(210) 340-9877 – Phone
(210) 340-9899 – Fax
**ATTORNEY IN CHARGE FOR PLAINTIFFS**

Of Counsel:
PHIPPS, LLP
102 9th Street
San Antonio, Texas 78215
(210) 340-9877 – Phone
(210) 340-9899 – Fax

## Certificate of Service

I certify that onSeptember 4, 2015 a true and correct copy of the foregoing document (and any attachments) was sent to all counsel of record, as follows:

Martin J. Phipps
Blayne Fisher
**PHIPPS, LLP**
102 9th Street
San Antonio, Texas 78215
(210) 340-9877 – Phone
(210) 340-9899 – Fax

/s/Charles W. Downing
Charles W. Downing